IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | No. 3:19-CR-26-CAR-CHW |
| ANDREW MOON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON CONSENT MOTION TO CONTINUE TRIAL

Before the Court is Defendant Andrew Moon's Consent Motion to Continue [Doc. 121] the pretrial hearing in this case presently scheduled for January 7, 2020, and the trial, which is set to begin on January 27, 2020, in Athens, Georgia. On June 11, 2019, the Grand Jury returned a multi-defendant four-count indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine.[1] On June 21, 2019, Defendant was appointed counsel and pled not guilty at his arraignment. After a bond hearing on June 26, 2019, he was released on an unsecured bond. This case has been previously continued three times, and the Government does not oppose this request.

---

[1] The indictment also charged co-defendants Ken Sterling, Greg Mulligan, Mechele Mutch, and Howard Gowen with Conspiracy to Possess with Intent to Distribute Methamphetamine; charged Ken Sterling and Howard Gowen with one count of Possession with Intent to Distribute Methamphetamine; and charged Greg Mulligan and Mechele Mutch with two counts of Possession with Intent to Methamphetamine.

1

In the instant Motion, defense counsel represents that discovery is voluminous, and he needs additional time to review discovery and engage in settlement discussions, if necessary. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Motion to Continue [Doc. 121] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until April 6, 2020, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 23rd day of December, 2019.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT